| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Northern** District of **California** (State) | |
| Case number (If known): _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   **Shangri-La Development, LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   **N/A**

3. **Debtor's federal Employer Identification Number (EIN)**

   **85-3821249**

4. **Debtor's address**

   **Principal place of business**

   2510 Monterey Street
   Number      Street

   Torrance, CA 90510
   City          State   ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   2510 Monterey Street
   Number      Street

   P.O. Box #4359
   P.O. Box

   Torrance, CA  90510
   City          State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number      Street

   _____
   City          State   ZIP Code

5. **Debtor's website (URL)**

   https://www.shangrilaindustries.com/

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 1

Case: 24-50639    Doc# 1    Filed: 04/30/24    Entered: 04/30/24 15:14:02    Page 1 of 6

| Debtor | Shangri-La Development, LLC | Case number (if known) |
|---|---|---|

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__531110__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  Shangri-La Development, LLC        Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
            District _____ When __/__/____ Case number _____

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No     (See attached separate list)
    ☒ Yes. Debtor 180 Sanborn LP     Relationship Common Ownership
           District Northern District- San Jose    When 04/28/2024
           Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number   Street
                               _____   ____  _____
                               City                   State ZIP Code

    **Is the property insured?**
    ☐ No
    ☒ Yes. Insurance agency  Steadily
           Contact name      Courtney Pizzarusso, Insurance Agent
           Phone             913-210-8755

---

**Statistical and administrative information**

| Debtor | Shangri-La Development, LLC | Case number (if known) |
|---|---|---|

**13. Debtor's estimation of available funds**

Check one:
- [X] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- [X] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated assets**

- [X] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [X] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/28/2024
MM / DD / YYYY

X _/s/ signature_
Signature of authorized representative of debtor

Andrew Meyers Abdul-Wahab
Printed name

Title Authorized Signatory

| | | |
|---|---|---|
| Debtor | Shangri-La Development, LLC | Case number (if known)_____ |

**18. Signature of attorney**

✗ /s/ Jonathan Shenson          Date  04/28/24
Signature of attorney for debtor             MM / DD / YYYY

Jonathan Shenson
Printed name

Greenberg Glusker LLP
Firm name

2049 Century Park East, Suite 2600
Number     Street

Los Angeles                                    CA         90067
City                                          State      ZIP Code

310-553-3610                                   jshenson@ggfirm.com
Contact phone                                  Email address

184250                                         CA
Bar number                                     State

Debtor   Shangri-La Development, LLC          Case number (*if known*)_____

# ATTACHMENT 1

#10 on Official Form 201
**Related Bankruptcy Cases**
Voluntary Petition for Non-Individuals Filing for Bankruptcy

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor **180 Sanborn LP**                Relationship **Common Ownership**
         District Northern District- San Jose     When 04 / 28 / 2024
                                                       MM / DD / YYYY
         Case number, if known _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor **1675 Industrial LP**            Relationship **Common Ownership**
         District Northern District- San Jose     When 04 / 28 / 2024
                                                       MM / DD / YYYY
         Case number, if known _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor **190 Calle Primera LP**          Relationship **Common Ownership**
         District Northern District- San Jose     When 04 / 28 / 2024
                                                       MM / DD / YYYY
         Case number, if known _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor **12 Conejo LP**                  Relationship **Common Ownership**
         District Northern District- San Jose     When 04 / 28 / 2024
                                                       MM / DD / YYYY
         Case number, if known _____