# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed **SUBJECT TO ON-GOING REVIEW** | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sacramento Advocates  1215 K Street, Suite 2030  Sacramento, CA 95114 | | Advocacy Consulting | | | | 250,000.00 |
| 2 | Ultrasystems Environmental  16431 Schientific Way  Irvine, CA 90810 | | Environmental Consulting | | | | 77,240.00 |
| 3 | Yardi Systems, Inc.  430 S. Fairview Ave.  Santa Barbara, CA 93117 | | Property Accounting System | | | | 46,308.78 |
| 4 | Irvine & Associates  600 S Figueroa St #1780  Los Angeles, CA 90017 | | Land Use Entitlements | | | | 25,000.00 |
| 5 | Eng Flanders Group, Inc.  4500 Park Granada, #202  Calabasas, CA 91302 | | Property Management | | | | 14,344.53 |
| 6 | Fischer & Arnold, Inc.  9180 Crestwyn Hills Dr.  Memphis, TN 38125 | | Architecture / Planning Services | | | | 12,350.00 |
| 7 | Avard Daniels Corp.  333 Sycamore Rd.  Santa Monica, CA 90402 | | Architecture Services / Consulting | | | | 12,000.00 |
| 8 | BFS Landscape Architects  425 Pacific St., #201  Monterey, CA 93940 | | Planing / Architecture Services | | | | 11,000.00 |

Debtor    Shangri-La Development, LLC                    Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed **SUBJECT TO ON-GOING REVIEW** | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Los Angeles County Tax Collector<br>225 N Hill St., #1<br>Los Angeles, CA 90012 | | Taxes | | | | 8,006.00 |
| 10 RSB Environmental<br>6001 Savoy Dr., #110<br>Houston, TX 77036 | | Environmental Consulting | | | | 5,810.00 |
| 11 San Diego Gas & Electric<br>8330 Century Park Court<br>San Diego, CA 92123 | | Utilities | | | | 5,762.20 |
| 12 Applied Earth Sciences<br>4742 San Fernando Rd.<br>Glendale, CA 91204 | | Engineering Services | | | | 5,000.00 |
| 13 Smartsheet<br>500 108th Ave NE, #200<br>Bellevue, WA 98004 | | Communications / Team Software | | | | 4,500.00 |
| 14 Partner Engineering & Science, Inc.<br>2154 Torrance Blvd., #200<br>Torrance CA 90501 | | Environmental Consulting | | | | 3,500.00 |
| 15 Omega Environmental Services, Inc.<br>4570 Campus Dr., Suite 30<br>Newport Beach, CA 92660 | | Environmental Consulting | | | | 2,910.00 |
| 16 Blue Planet Drains & Plumbing, Inc.<br>2252 Main St., #12<br>Chula Vista, CA 91911 | | Construction Services | | | | 2,553.60 |
| 17 Republic Services - West<br>PO Box 78829<br>Phoenix, AZ 85062 | | Trash Removal | | | | 1,558.04 |
| 18 Ground Penetrating Radar Systems<br>1901 Indian Wood Circle<br>Maumee, OH 43537 | | Construction / Facilities Mgmt | | | | 1,525.00 |
| 19 Jason Spath<br>550 Bonito Ave.,<br>Imperial Beach, CA 91932 | | Construction Services | | | | 1,500.00 |
| 20 Orchid Cleaning, LLC<br>6264 Ferguson Dr.<br>Commerce, CA 90022 | | Cleaning Services | | | | 1,440.00 |