JONATHAN SHENSON (SBN 184250)
JShenson@ggfirm.com
COLE F. NICHOLAS (SBN 354027)
CNicholas@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Proposed Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br>SHANGRI-LA DEVELOPMENT, LLC,<br>　　　　Debtor. | Chapter 11<br>Case No. 24-50639 |
| In re:<br>180 SANBORN LP,<br>　　　　Debtor. | Chapter 11<br>Case No. 24-50622 |
| In re:<br>1675 INDUSTRIAL LP,<br>　　　　Debtor. | Chapter 11<br>Case No. 24-50623 |
| In re:<br>190 CALLE PRIMERA LP,<br>　　　　Debtor. | Chapter 11<br>Case No. 24-50627 |
| In re:<br>12 CONEJO LP,<br>　　　　Debtor. | Chapter 11<br>Case No. 24-50626<br><br>**DEBTORS' APPLICATION FOR ORDER AUTHORIZING JOINT ADMINISTRATION PURSUANT TO 11 U.S.C. § 105(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b)** |

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), submit this application (the "Application") for an order authorizing joint administration of their respective bankruptcy cases (collectively, the "Bankruptcy Cases") pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Application is supported by the Declarations of George P. Blanco, of even date herewith (the "Blanco Decl.").

By this Application, the Debtors seek entry of an order, substantially in the form attached hereto as Exhibit "A", approving of the following procedures:

- the Clerk of Court shall maintain a joint pleadings docket under the case number assigned to Shangri-La Development, LLC, which shall be designated as the single pleadings docket for all pleadings relating to any of the Debtors' Bankruptcy Cases;

- the captions of the Debtors' cases shall be modified to reflect the joint administration of these Bankruptcy Cases, in the form set forth on Exhibit "A" hereto;

- the claims registers in these cases shall be maintained separately for each Debtor entity;

- the Debtors and other parties in interest shall be authorized, but not required, to combine notices to the Debtors' creditors; and

- the relief requested herein is limited to joint administration. Nothing contained in this Application is intended to compel substantive consolidation of the Debtors' estates. The requested relief will thus not prejudice any entity's substantive rights and will result in no conflicts. If substantive consolidation of some or all of the estates is later warranted, the Debtors will move the Court separately for such relief.

///
///
///
///
///
///
///
///

Joint administration is warranted. SLD holds a 99.99% ownership interest in the Property Debtors. Because the Property Debtors are clearly "affiliates," as defined above, the Court may order the joint administration of the Debtors' estates.

Joint administration will expedite the administration of the Debtors' cases and reduce administrative expense without prejudicing creditors' substantive rights. Absent joint administration, parties will be required to file several sets of papers that will often be identical, apart from the captions, and creditors will receive multiple copies of such papers. Joint administration will allow creditors to receive notice of all matters relating to the Debtors, thereby ensuring that creditors are informed of matters potentially affecting their claims, without the burden of unnecessary and expensive duplication. Because creditors may file a claim against a particular Debtor, joint administration will not adversely impact any creditors' rights. In fact, the cost savings of joint administration will benefit all creditors. Joint administration will relieve the Court of the burden of entering duplicative orders and maintaining duplicative files. Similarly, joint administration will simplify the administrative burdens of the Office of the United States Trustee's supervision of these Bankruptcy Cases. Accordingly, the Debtors submit that joint administration of these Bankruptcy Cases is in the best interests of the Debtors' estates. Joint administration will eliminate unnecessary and expensive duplication of effort by the Debtors, their professionals, their creditors, parties in interest, and this Court.

## EMERGENCY CONSIDERATION

The Debtors respectfully request emergency consideration of this Application pursuant to Bankruptcy Rule 6003, which empowers a court to grant relief within the first twenty-one days after the commencement of a chapter 11 case "to the extent that relief is necessary to avoid immediate and irreparable harm." As set forth herein, the Debtors believe an immediate and orderly transition into chapter 11 is critical to the Debtors' viability and that any delay in granting the requested relief could hinder the Debtors' operations and disrupt the efficient restructuring process. Accordingly, the Debtors respectfully submit that they have satisfied the "immediate and irreparable harm" standard of Bankruptcy Rule 6003 and, therefore, respectfully requests that the Court approve the relief requested in this Application on an emergency basis.

Notice of this Application has been provided to all parties in interest. The Debtors submit that, in light of the nature of the relief requested, no other or further notice is required. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

DATED: May 13, 2024

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Jonathan Shenson
JONATHAN SHENSON (SBN 184250)
COLE F. NICHOLAS (SBN 354027)
Proposed Counsel for Debtors and Debtors in Possession

# EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 24-50639 |
| SHANGRI-LA DEVELOPMENT, LLC, *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Shangri-La Development, LLC (1249); 1675 Industrial Park LP (5506); 180 Sanborn LP (1444); 12 Conejo LP (2530); and 190 Calle Primera LP (1525). The Debtors' business address is 660 S Figueroa Street Suite 1888, Los Angeles, CA 90017.

# **EXHIBIT B**

(Proposed Order)

JONATHAN SHENSON (SBN 184250)
JShenson@ggfirm.com
COLE F. NICHOLAS (SBN 354027)
CNicholas@ggfirm.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Proposed Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br>SHANGRI-LA DEVELOPMENT, LLC,<br>           Debtor. | Chapter 11<br>Case No. 24-50639 |
| In re:<br>180 SANBORN LP,<br>           Debtor. | Chapter 11<br>Case No. 24-50622 |
| In re:<br>1675 INDUSTRIAL LP,<br>           Debtor. | Chapter 11<br>Case No. 24-50623 |
| In re:<br>190 CALLE PRIMERA LP,<br>           Debtor. | Chapter 11<br>Case No. 24-50627 |
| In re:<br>12 CONEJO LP,<br>           Debtor. | Chapter 11<br>Case No. 24-50626<br>**ORDER AUTHORIZING JOINT ADMINISTRATION PURSUANT TO 11 U.S.C. § 105(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b)** |

99910-01172/5179102.5

Upon the applications (the "Application")[1] of the above-captioned debtors and debtors in possession (the "Debtors"), pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 1015, for entry of an order authorizing the joint administration of their respective bankruptcy cases (collectively, the "Bankruptcy Cases"), all as more fully set forth in the Application and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Application being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Application as provided in the Application is reasonable and sufficient under the circumstances, and no other or further notice need be provided; and the relief requested in the Application being in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is granted to the extent set forth herein.

2. The Bankruptcy Cases of the Debtors shall be jointly administered.

3. The Clerk of the Court shall maintain a pleadings docket under the case number assigned to Shangri-La Development, LLC, which shall be designated as the single pleadings docket for all pleadings with respect to all of the Debtors' Bankruptcy Cases.

4. All pleadings filed in the Debtors' cases shall use a combined caption (including a footnote setting forth the other debtor entities) in the form substantially as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Application.

Case: 24-50639　　Doc# 22　　Filed: 05/13/24　　Entered: 05/13/24 09:15:18　　Page 8 of 9

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 24-50639 |
| SHANGRI-LA DEVELOPMENT, LLC, *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Shangri-La Development, LLC (1249); 1675 Industrial Park LP (5506); 180 Sanborn LP (1444); 12 Conejo LP (2530); and 190 Calle Primera LP (1525), with a business address is 660 S Figueroa Street Suite 1888, Los Angeles, CA 90017.

***END OF ORDER***